IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03351-RPM

GRETCHEN GESHAM and
SPENCER GRESHAM,
individually and as Parents and Natural Buardians of
GRAYSON GRESHAM, a minor,

      Plaintiff,
v.

THOMAS E. LOBE, M.D.,

      Defendant.

_____

ORDER DENYING DEFENDANT'S MOTION FOR PARTIAL DISMISSAL
_____

On January 10, 2013, the defendant Thomas E. Lobe, M.D., filed a motion for partial dismissal, seeking dismissal of the second claim for relief in the complaint.  It is clear from the complaint and the plaintiffs' response to the defendant's motion that the claim is a separate tort claim under Colorado law for outrageous conduct which has been pleaded sufficiently.  It is

ORDERED that the motion for partial dismissal filed by defendant Thomas E. Lobe, M.D., [11] is denied.

DATED:   February 1st, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge