IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03351-RPM

GRETCHEN GRESHAM and
SPENCER GRESHAM,
individually and as Parents and Natural Guardians of
GRAYSON GRESHAM, a minor,

        Plaintiff,

v.

THOMAS E. LOBE, M.D.,

        Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary



        Plaintiffs' motion to reschedule the March 27, 2013, scheduling conference is granted.  The conference is **reset for April 3, 2013, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  The proposed scheduling order must be submitted directly to chambers in paper form no later than **4:00 p.m. on March 28, 2013.**



DATED: March 5, 2013