**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                       April 3, 2013
Courtroom Deputy:           J. Chris Smith
FTR Technician:             Kathy Terasaki

_____

Civil Action No. 12-cv-03351-RPM-KMT

GRETCHEN GRESHAM,                                    Derry B. Adams
SPENCER GRESHAM,
Individually and as Parents and Natural Guardians of
GRAYSON GRESHAM, a minor,

      Plaintiffs,

v.

THOMAS E. LOBE, M.D.                                 Patrick Q. Hustead
                                                    Christopher D. Yvars

      Defendant.

_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**11:00 a.m.          Court in session.**

Counsel answer questions and state their respective positions on case facts.
Mr. Hustead states the hospital did a limited investigation and the report has been kept confidential.
Ms. Adams describes Spencer Gresham's current condition.

Discussion regarding experts.
Ms. Adams states plaintiffs' expert has not produced a report because the deposition of doctors Lobe and Sweeney are necessary.

**Court instructs counsel to take the deposition of Dr. Lobe in Colorado Springs (no video) first then Doctor Sweeney's, so that plaintiffs' expert Dr. Simon can complete his report.**

**ORDERED:     Plaintiffs' Motion to Strike Defendant Thom E. Lobe M.D.'s Designation of
                     Nonparties [22], is granted.**

Discussion regarding outrageous conduct claim with respect to damages.
Court and counsel agree that emotional damages are not recoverable under Colorado medical malpractice law.
**Court and Ms. Adams clarify that the claims by the parents are on the tort claim for outrageous conduct and not on the medical malpractice.**

April 3, 2013
12-cv-03351-RPM

Discussion regarding disputed issues.
**Court states school records are not discoverable and questions concerning social media (topics related to the case) can be asked during Ms. Gresham's deposition.**
**Court further states parties may file motions to designate non parties at fault or to amend pleading to add a party, if determined necessary during discovery, based on good cause.**

**ORDERED:**     **Deadline for Joinder of Parties and Amendment of pleadings shall remain May 13, 2013.**

**Court clarifies to counsel that treating physicians are not subject to expert report.**

**ORDERED:**     **Counsel are to file a revised proposed scheduling order.**

**11:33 a.m.**     **Court in recess.**

Hearing concluded.  Total time:  33  min.