IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03351-RPM

GRETCHEN GRESHAM and
SPENCER GRESHAM,
individually and as Parents and Natural Guardians of
GRAYSON GRESHAM, a minor,

    Plaintiff,
v.

THOMAS E. LOBE, M.D.,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

    Upon review of the Stipulated Motion to Dismiss with Prejudice [26] filed August 15, 2013, it is

    ORDERED that this action is dismissed with prejudice, each part to bear their own costs and attorneys' fees in this matter.

    DATED:   August 16th, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge